```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
EQUINOX F&B, INC.,                                             :
                                                               :
                                                               :
                                   Plaintiff,                  :
                                                               :        1:22-cv-00681-GHW
                                                               :
              -against-                                        :
                                                               :              ORDER
                                                               :
ROOTS PRESSED JUICES LLC,                                      :
                                                               :
                                   Defendant.                  :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on January 26, 2022. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 9, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: January 30, 2022
      New York, New York

                                                                   GREGORY H. WOODS
                                                  United States District Judge