```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  EQUINOX F&B, INC.,                                             :
                                                                 :
                                                                 :
                                                    Plaintiff,   :     1:22-cv-681-GHW
                                                                 :
                              -against-                          :     ORDER
                                                                 :
  ROOTS PRESSED JUICES LLC,                                      :
                                                                 :
                                                   Defendant.    :
-----------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/30/2022

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **Tuesday, January 3, 2023 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Tuesday, November 22, 2022 at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later than October 11, 2022: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

SO ORDERED.

Dated: March 30, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge