```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
EQUINOX F&B, INC.,                                             :
                                                               :
                              Plaintiff,                       :   1:22-cv-681-GHW
                                                               :
              -v -                                             :   ORDER
                                                               :
ROOTS PRESSED JUICES LLC,                                      :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2023

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the August 24, 2023 conference, Plaintiff's motion for summary judgment, Dkt. No. 35, is denied. The parties are directed to meet and confer and to submit a joint letter with mutually agreed-upon proposed dates for trial no later than August 31, 2023. The Court is currently available for trial during the following dates:

- April 8 – 10, 2024;
- June 24 – 28, 2024;
- July 9 – 12, 2024; and
- July 15 – 17, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

SO ORDERED.

Dated: August 24, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge