# LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP
## COUNSELORS AT LAW

40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

LHRGB.COM

Private Lender Group
Professional Arts Center
475 County Rd 520
Suite 200
Marlboro, NJ 07746
212.536.3529
732.625.2463 fax

Frank J. LaRocca ⋄○
Jonathan L. Hornik
Rose Greenberg △
David N. Kittredge
Amy D. Carlin △
Patrick McPartland △
Jared E. Blumetti
Nelson Diaz
Ryan Duffy
Christopher Ford ‡
John L. Garcia
Sanford Hausler △
Peter Kelegian △
Daniel Kraft ‡
Andrew Nastashkin ‡
Rick Pepsny ‡
Michael Samson △
Drew Tanner ‡
Jessica Thual △
Lauren Weissman-Falk
Shangshui Yun △

△ New York Bar Only
‡ New Jersey Bar Only
○ Certified Matrimonial Law Attorney

DIRECT DIAL: 212.488.1580
E-MAIL: JGARCIA@LHRGB.COM

February 23, 2024

**VIA ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

> The February 29, 2024 hearing is hereby rescheduled to March 6, 2024 at 1PM. The Clerk of Court is directed to terminate the motion at ECF No. 75.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: February 26, 2024

Re: Equinox F&B, Inc. v. Roots Pressed Juices LLC
    Case No. 22-cv-00681 (AS)

Dear Judge Subramanian:

We represent plaintiff Equinox F&B, Inc. ("Equinox F&B") in the above-captioned action and are writing, in accordance with paragraph 3.E of Your Honor's Individual Practices, to respectfully request a brief adjournment of the pretrial conference scheduled for February 29, 2024, at 2 p.m. *See* ECF No. 74.

The reason for the request is that the undersigned has a court-ordered deposition on another matter on the same date and time as the conference. Defendant Roots Pressed Juices LLC consents to this request.

We have confirmed that all parties and counsel are available for the conference on March 6, anytime between 1 p.m. and 5 p.m., so we respectfully request that the Court reschedule for this date if its calendar permits. The requested adjournment will not affect the parties' final pretrial conference scheduled for March 18th or the bench trial scheduled for April 1st.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *John L. Garcia*

John L. Garcia (JG-1020)
Patrick McPartland (PM-4225)

cc: All counsel of record (*via ECF*)