UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUINOX F&B, INC.,

                              Plaintiff,

                    -against-

ROOTS PRESSED JUICES LLC,

                              Defendant.

22-cv-681 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record at the March 18, 2024 conference, the parties' motion to permit remote witness testimony is DENIED, with the exception of Tara Somers. At the conference, the Court offered to Brent Rodgers that he could testify remotely as well, but he indicated that he will testify in person.

The Clerk of Court is directed to terminate the motion at Dkt. 87.

SO ORDERED.

Dated: March 19, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge