**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EQUINOX F&B, INC.,
                  Plaintiff,

    -against-                                    22 **CIVIL** 0681 (AS)

                                                       **JUDGMENT**

ROOTS PRESSED JUICES LLC,
                  Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 17, 2024, Equinox's request for recovery is denied and Roots' request for recovery is granted in part. Judgment is entered for Roots on Equinox's claims, for Equinox on Roots' claims for conversion and negligence, and for Roots on Roots' breach-of- contract claim in the amount of $19,440, plus $4,687.97 pre-judgment interest from September 15, 2021 to the entry of the judgment at the rate of 9% pursuant to C.P.L.R. § 5004. Accordingly, the case is closed.

**Dated:**  New York, New York
          May 20, 2024

                                                  **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                              **BY:**
                                                      **Deputy Clerk**