The Court congratulates the parties on working through their differences. All upcoming deadlines are hereby adjourned.

The Clerk of Court is directed to terminate the motion at Dkt. 101.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 22, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EQUINOX F&B, INC.,

                Plaintiff,

-against-

ROOTS PRESSED JUICES LLC,

                Defendant.
-------------------------------------------------------------X

22-cv-00681 (AS)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: August 8, 2024
        New York, New York

**LAROCCA, HORNIK, GREENBERG, KITTREDGE, CARLIN & MCPARTLAND LLP**

By: _John L. Garcia_
John L. Garcia
40 Wall Street, 32nd Floor
New York, NY 10005
Tel: (212) 488-1580
Email: jgarcia@LHGKCM.com

*Attorneys for plaintiff Equinox F&B, Inc.*

**THE KAPIOLTAS LAW FIRM, PLLC**

By: _____
Thomas L. Kapioltas
2150 S. Central Expressway, Suite 200
McKinney, Texas 75070
Telephone: 214-764-9232
Email: tom@kapioltas.com

*Attorneys fo defendant Roots Pressed Juices LLC*